UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM C. DONLON and<br>MARIANNE P. TRUTA,<br><br>            Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPT;<br>*et al.*,<br><br>            Defendants. | Case No.  2:11-cv-01614-JCM-GWF<br><br>**ORDER**<br><br>Motion to Excuse Defendant White<br>from the Mandatory Settlement<br>Conference (#61) |

This matter comes before the Court on Defendant Anthony White's Motion to Excuse Defendant White from the Mandatory Settlement Conference (#61), filed on July 29, 2014.

The Court scheduled a mandatory settlement conference in the above captioned case for August 22, 2014. On July 29, 2014, Defendant White filed a motion therein requesting to waive his attendance at the mandatory settlement conference. Defendant White represents that he previously planned a family vacation for the period of August 7, 2014 through August 29, 2014, which would cause an extreme financial burden and undue hardship to re-schedule. Defendant White further alleges that LVMPD Risk Manager, Martina Geinzer's and Co-Defendant Vellotti's presence at the settlement conference will be sufficient to settle any claims. Fed. R. Civ. P. 1 provides that the civil rules shall be "construed and administered to secure the just, speedy and inexpensive determination of every action and proceeding." The Court finds that the Defendant substantially establishes good cause to be excused from the settlement conference. Accordingly,

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant Anthony White's Motion to Excuse Defendant White from the Mandatory Settlement Conference (#61) is **granted**.

DATED this 31st day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge